UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 11-13274

MICHAEL J. GHIACIUC,

-v-

BANK OF AMERICA, N.A., ET.AL,
_____/

ORDER TO SHOW CAUSE

IT IS ORDERED that Plaintiff(s) respond in writing or otherwise show good cause why this action should not be dismissed for lack of progress within fourteen (14) days of this order in accordance with Local Rule 41.2, as to defendants Balboa Insurance Co., Meritplan Insurance Co., D & D Innovations, Inc. And Orlando C. Robinson.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: January 6, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 6, 2012, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager