UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. GHIACIUC,

    Plaintiff,

v.                                                            Case No.         11-13274

BANK OF AMERICA, N.A., et al.,         Honorable Patrick J. Duggan

    Defendants.
_____/

**ORDER GRANTING**
**DEFENDANT TROTT & TROTT, P.C.'S MOTION TO DISMISS**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on May 15, 2012.

PRESENT:         THE HONORABLE PATRICK J. DUGGAN
                        U.S. DISTRICT COURT JUDGE

On July 27, 2011, this case was removed to this Court. On March 30, 2012, Defendant Trott & Trott, P.C. filed a motion to dismiss. Attached to the motion to dismiss is a certificate that this motion was electronically filed and that notification of such filing was sent to Plaintiff's counsel, Robert A. Kuhr, and Attorney Brian C. Summerfield.

On April 2, 2012, this Court sent to all counsel of record, including Plaintiff's counsel, Robert A. Kuhr, a "Notice Regarding Motion Practice," which reminded counsel that a response to a motion to dismiss must be filed within 21 days after service of the motion. As of this date, no response to the motion has been filed.

2

The Court has reviewed the motion filed by Trott & Trott, P.C., and finds the arguments presented in such motion to be persuasive.  The Court does not believe that Plaintiff can sustain any claim against Defendant Trott & Trott, P.C..  Therefore,

**IT IS ORDERED** that the motion to dismiss filed on behalf of Trott & Trott. P.C. is **GRANTED** and Trott & Trott, P.C. is dismissed from this lawsuit.

<u>s/PATRICK J. DUGGAN</u>
UNITED STATES DISTRICT JUDGE

Copies to:

Robert A. Kuhr
Brian C. Summerfield
Trevor Salaski
Bree Anne Stopera

2