UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. GHIACIUC, | Case No. 2:11-cv-13274 |
|     Plaintiff, | Hon. Patrick J. Duggan<br>Magistrate Judge Mona K. Majzoub |
| v. | |
| BANK OF AMERICA, N.A., a foreign corporation, BAC HOME LOANS SERVICING, L.P., a foreign limited partnership, BALBOA INSURANCE COMPANY, a foreign corporation, MERITPLAN INSURANCE COMPANY, a foreign corporation, NATIONSBANC MORTGAGE CORPORATION, a foreign corporation, NATIONSBANK CORPORATION, a foreign corporation, D&D INNOVATIONS, INC., a Michigan dissolved corporation, ORLANDO C. ROBINSON, TROTT& TROTT, P.C., a Michigan Professional Service Corporation, Jointly, severally and individually, | |
|     Defendants. | |

## STIPULATED ORDER EXTENDING DATES

The Court entered its scheduling order on January 23, 2012, setting a discovery cutoff date of May 31, 2012 and the motions due date of June 15, 2012. Plaintiff and defendants Bank of America, N.A., ("BANA") individually and as successor by merger to BAC Home Loans Servicing, L.P. and NationsBanc Mortgage Corporation, and Bank of America Corporation ("BOA"), as successor by merger to NationsBank Corporation, have been actively engaged in settlement discussions and have attended settlement conferences with the Court on April 12, 2012 and May 8, 2012. Due to ongoing settlement discussions, plaintiff, BANA, and BOA

request more time to complete discovery and pursue settlement.  Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the scheduling order dates are adjourned as follows, with further adjournment to be granted at the Court's discretion:

1. Discovery is due by July 14, 2012;

2. Motion cut off is set for of July 29, 2012;

3. Final Pre-Trial conference is set for September 27, 2012 at 2:00 p.m.

4. Trial is scheduled for the months of September/October, 2012.

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 26, 2012
I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, June 26, 2012, by electronic and or ordinary mail.
s/Marilyn Orem
Case Manager

We stipulate to entry of this order:

| ROBERT A. KUHR, P.L.L.C. | BODMAN PLC |
|---|---|
| By: /s/Robert A. Kuhr<br>    Robert A. Kuhr (P31371)<br>914 Alter Road<br>Detroit, MI  48215<br>(586) 532-0520<br>r_kuhr@hotmail.com<br>Attorney for Plaintiff | By:  /s/ Trevor M. Salaski<br>    Brian C. Summerfield (P57514)<br>    Trevor M. Salaski (P74703)<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, MI 48226<br>bsummerfield@bodmanlaw.com<br>tsalaski@bodmanlaw.com<br>Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation |