UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

                                                                HON. PATRICK J. DUGGAN
                                                                CIVIL NO.  11-13274

**MICHAEL J. GHIACIUC,**

       **Plaintiff,**

**v.**

**D&D INNOVATIONS, INC. ET AL,**

       **Defendants.**

_____

### APPEARANCE

TO:    CLERK'S OFFICE
          THEODORE LEVIN U.S. COURTHOUSE
          231 W. LAYAYETTE BLVD.
          ROOM 564
          DETROIT, MI  48226

     PLEASE ENTERE THE APPEARANCE of the Law Offices of McKoan, McKoan & McKoan By:  JOSEPH H. McKOAN IV as Attorney for the above named Plaintiff, Michael J. Ghiaciuc

     This the 5th Day of November, 2012

                                                 /s/ Joseph H. McKoan IV
                                           _____
                                           Joseph H. McKoan IV(p55642)
                                           Attorney for Plaintiff
                                           8061 Marsh Road
                                           P.O. Box 312
                                           Algonac, MI  48001
                                           810-794-9379
                                           jmckoan@mckoanlaw.com

## NOTICE OF APPEARANCE

TO:

Brian C. Summerfield
Bodman
201 W. Big Beaver Road
Suite 500
Troy, MI 48084
bsummerfield@bodmanllp.com

Trevor M. Salaski
Bodman PLC
201 W. Big Beaver Road
Suite 500
Troy, MI 48084
tsalaski@bodmanlaw.com

Bree Anne Stopera
Trott & Trott P.C.
31440 Northwestern Hwy.
Suite 200
Farmington Hills, MI 48334
bstopera@trottlaw.com

Sarah J. Sleder
Trott & Trott P.C.
31440 Northwestern Hwy.
Suite 200
Farmington Hills, MI 48334
ssleder@trottlaw.com

  PLEASE TAKE NOTICE that I have this day entered my Appearance as Attorney for and on behalf of PLAINTIFF, Michael J. Ghiaciuc.

 This the 5th day of NOVEMBER, 2012

           /s/ Joseph H. McKoan IV

           Joseph H. McKoan IV(p55642)
           Attorney for Plaintiff