UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael J Ghiaciuc,

                Plaintiff(s),

v.                                          Case No. 2:11−cv−13274−PJD−MKM
                                              Hon. Patrick J. Duggan

Bank of America, N.A., et al.,

                Defendant(s),

## ORDER TO SHOW CAUSE

    IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 1/31/2013, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                              s/Patrick J. Duggan
                                              Patrick J. Duggan
                                              U.S. District Judge

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/M. Orem
                                                  Case Manager

Dated: January 17, 2013